CHRIS LEPINE

VERSUS

24 JDC JUDGE ROWAN

NO. 25-KH-331

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

August 05, 2025

Jalisa Walker
Deputy Clerk

**IN RE** CHRIS LEPINE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 21-4253

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

Relator, Chris Lepine, seeks mandamus relief, requesting that this Court order the trial court to rule on his public records request. A review of relator's official record reveals that on July 8, 2025, the Clerk of Court for the 24th Judicial District Court notified realtor that he must contact the "Judicial Administration" for his transcript request. On July 15, 2025, in response to a request, the Clerk of Court sent relator copies of the following documents: amended bill of information, waiver of rights, Writ of Habeas Corpus, guilty plea forms, and relator's dispositions. The Clerk of Court also notified relator that the transcripts requested are not maintained by the Clerk's office. Additionally, on July 22, 2025, the Clerk of Court sent relator copies of his Public Record Request filed July 15, 2025; his case review; his Writ of Habeas Corpus filed July 15, 2025; and his minute entries from February 3, 2025, June 9, 2025, and July 11, 2025. Therefore, we find relator's request for mandamus relief is not warranted at this time. This writ application is denied.

Gretna, Louisiana, this 5th day of August, 2025.

**JGG**
**MEJ**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>08/05/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-331**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Chris Lepine #9835600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054